UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CATHERINE WHALEN,

        Plaintiff,

v.                                                      Case No: 10-10093
                                                        Honorable David M. Lawson

THOMAS R. NEFF, and MERCHANTS &
MEDICAL CREDIT CORP.,

        Defendants.

_____/

## STIPULATED ORDER EXTENDING TIME TO FILE FIRST RESPONSIVE PLEADING

Pursuant to the parties' stipulation,

It is **ORDERED** that the defendants must file an answer or otherwise respond to the

plaintiff's complaint **on or before February 17, 2010**.

                        s/David M. Lawson_____
                        DAVID M. LAWSON
                        United States District Judge

Dated: February 10, 2010

---

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on February 10, 2010.

               s/Teresa Scott-Feijoo_____
               TERESA SCOTT-FEIJOO

---

Approved for Entry:

/s/Adam G. Taub_____              /s/Patrick D. Filbin_____
Adam G. Taub (P48703)                       Patrick D. Filbin (P47078)
Attorney for Plaintiff                          Plunkett Cooney
                                            Attorney for Defendant Thomas R. Neff

/s/Charity A. Olson
Charity A. Olson (P68295)
Charity A. Olson, P.C.
Attorney for Merchants & Medical
Credit Corporation